

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

JUN 10 2008
JuN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Scott Hildreth

# 2007-0028801

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV3506**
**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

vs.

(To be supplied by the <u>Clerk of this Court</u>)

Cook County

Salvador Godinez Director CCDOC
SALAZAR
Former Supt Div. 9 Salazar
Supt. Div 9 Thomas THOMAS
CRW MS. Butler. BUTLER

Cook County

Salvador Godinez
Former Supt SALAZAR
Div 9 Supt Thomas
CRW Butler

Sgt Nelepa

Luzaronna 1 9
e    1 2 7

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

**CHECK ONE ONLY:**

___X___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _Scott Hildreth_

B.    List all aliases: _N/A_

C.    Prisoner identification number: _2097-0020901_

D.    Place of present confinement: _Cook County Jail Div 9_

E.    Address: _2650 S California Ave Chgo Illinois_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Salvador Godinez_

Title: _Director Cook Co Dept Corr_

Place of Employment: _Cook Co._

B.    Defendant: _? Salazar_

Title: _Former Supt Div 9 CCDOC_

Place of Employment: _Cook Co._

C.    Defendant: _Supt Div 9 Thomas_

Title: _Supt Div 9_

Place of Employment: _Cook Co._

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.**    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _07C 4696 / 5 8 C 1461_

B.    Approximate date of filing lawsuit: _Aug 30 07 / Feb 15 08_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Scott Knuth_

D.    List all defendants: _Cook Co fumRut ECJP._
_Christopher Moscie_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _SAME_

F.    Name of judge to whom case was assigned: _Kennelly / Castillo_

G.    Basic claim made: _use and violence / Denial of medical_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _partly Both_

I.    Approximate date of disposition: _?_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)    ADA.

From Jan 08 tv Pure may 08 I have been denyed any relief ir a natine of ADA Americans with Disabilities Act. 42 CSC 12101 en seq. I Ruled ir with sup Palerar in Sta 08 he did nothy no response papewit out CRUs Butler asked tamon several mes. I tv no acant now supt Thomas doing servel

I cann not wrote with our covrss i statut wh finally. I

need Help.

ACCESS TV COVRTS

Being Denied Access to courts for months guaranicu feeling by cove congress staff Run securuy/out Lubrary the fogi d mess Luc tu Awedy Luc Lobruy er it is up to Run changan um malent pt is a Condemneal Rogect at a floppud denver es i crevean Rur forg pudy Anapuart i no datum and dangas only cane propputny no

Revised 9/2007

A.D.A.

I am writting this for Scott cause of his Disbility.
Claim: from Jan 8th 2008 to date May 31st 2008 I have
been denied any Relief of a Nature of A.D.A
Americans with disbilitys act. 42 USC 12101 et.seq.
I filed it with Superintendant div. 9, Mr Salazar
aprox. Jan 8th 2008 he did Nothing, No Response,
threw it out CRW butler asked he about
it Several times, to No avail.

Now, New Supt. Div 9 Thomas is doing the
Samething   "Nothing"

~~Access to courts~~

I am being denied also my right of Access to courts for months
I Riled numerous grievances, cobic co Jail staff Both Security and
Library Personel Rme they can provide whatever they want
when they want to that discreation constitutional Rights VS not
Federal MY or laws I have suffered in career punches delayes
and humpered my defence Both my disbility and Periol
of Access to court Law Library over deliberate indifference
The court Rno 9 mr Thomas answer Ny Abois it's a
medical issue! )

I'd like an injunction to relieve either #3 or 4 in my Proposal at expense of code ____ C.d. And Compensatory damages Damages of $5000 and punitive $3200

Run court & Denial or Recession lawsuit

I'd like $25000 compensatory damages and 10,000 punitive damages.

Relief:

Due to the CCDOC complete indifference to my condition and Predictor, and refusal to address it or even try to curb something out Run Recovery of to time appeal. I'd ask for the following in relief.

That CCDOC Provide me at their expense a laptop movie Book/word Processor comparable to demand with Prompt system in Div 9 law library.

And $5,000.00 each month or not conveying ADA capture and proposal ordered by court immediately rule/ope

5B                                        [signature]

**V.      Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'd like an injunction for number 3 or 4 in my PROPOSARI compensatory damage $50,000 punitive damages $32,000

**VI.**   The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of ___June___, 20 _08_

_Scott Hildreth_
(Signature of plaintiff or plaintiffs)

_Scott Hildreth_
(Print name)

_2007-0020801_
(I.D. Number)

Box 089002

Chgo, Ill 60608

(Address)

Revised 9/2007

Feb - 08

## DISABLED PRISONERS.

Prisoners with disabilities or handicaps are protected both by the Constitution and by federal statutes. Under the Constitution, prison officials must meet the medical needs of disabled prisoners and furnish the assistance that they require in order to live a minimally decent life in prison. As one court put it, "the prison authorities must take the prisoner as they find him and provide facilities compatible with his physical condition that meet civilized standards of decency."

RUIZ V. ESTELLE   503 F. Supp 1265

Disabled prisoners have greater rights under the Americans with Disabilities Act of 1990 (ADA).

42 U.S.C. § 12101 et seq.

ADA applies to any public entity. A "public entity" is defined in the ADA as including "any State or local government" or "any department, agency, special purpose district, or other instrumentality of a State or States or local government. This definition clearly includes correction departments and other agencies that operate prisons and jails.

COUGHLIN   145 F.R.D. 339

To take advantage of the ADA, you must be a "qualified individual with a disability." "Disability" under the ADA means :

(A) a _physical_ or mental _impairment that substantially limits one_ or more of the _major life activities_ of [an] individual;

(B) a r_ecord of such_ impairment; or

(C) being _regarded as having such_ an impairment.

A "_qualified individual with a disability_" is one who

with or without reasonable modification to rules, policies, or practices, the removal of architectural, communication, or transportation barriers, or *_the provision of auxiliary aids_ and _services_, meets the essential eligibility re_quirements for the receipt_ of services or the participation in programs or activities...

The rights of the ADA provides to prisoners are broader than those guaranteed by the Constitution in several respects.

2

First, the statute requires defendants to change the way they operate, to provide additional services, and to make physical renovations if necessary to avoid excluding disabled persons from programs and services. The Rehabilitation Act standard, which will almost certainly be applied under the ADA, calls for "reasonable accommodations" to permit handicapped persons to participate in prison programs.

Accommodations are only deemed unreasonable if they impose "undue financial and administrative burdens" or require "a fundamental alteration in the nature of [the] program." This is a much more favorable standard than the "reasonable relationship" test of Turner v. Safley, under which prison officials are entitled to avoid "ripple effect[s]" on fellow inmates or on prison staff," and prisoners must propose alternatives with "de minimis cost" in order to win.

Second, prisons may not engage in blanket exclusions of whole classes of prisoners from certain activities. They must make individualized judgments as to what individuals are "qualified."

3

Third, prisons may not give in to the perceptions or fears of inmates and staff. As noted above, the ADA specifically protects those who are "regarded" by others as having a disability, as well as those who actually have one.

The ADA requires the federal government to promulgate regulations implementing the statute. These regulations spell out in more detail what public entities must do to comply with the statute. These obligations include conducting self-evaluations of their compliance and adopting a procedure for handling complaints.

You are not required to exhaust administrative remedies before suing under the "public entity" provisions of Title II of the Americans with Disabilities Act. The relief available includes equitable relief (an injunction) and back pay; we believe that damages are available also.

4

## LETTER OF INFORMATION ON PROPOSAL

ACCORDING TO (42 USC § 12101 et seq) "Americans with Disabilities Act" (4 pages info attached) I am entitled to assistance, for my problem writing due to Parkinson's Disease. It impairs my ability to communicate with my attorney, family, court, and C.C.J—CRW, mail room, C/O's, grievances, clothing, administration, anything, etc...

I am entitled to a reasonable solution.
I propose the following:

1) I be allowed to use typewriter in Law Library at least 3 times a week, for 2 to 3 hours each time;
    OR
2) A typewriter be brought up to 9-3H (or store room on 3H) for my use 6 to 9 hours per week;
    OR
3) I am provided with a laptop word processor, and able to download once a week, and print;
    OR
4) I be allowed to receive direct from a vendor a Canon portable typewriter AC/DC, very small approximately 10½" x 12" x 1¼". This kind of typewriter used to be sold on commissary on I.DOC.

Regarding proposal #4 on previous page, I require the following :

a) A permit allowing me to possess and use and retain said Canon Typewriter, so it will not be confiscated by staff in a shakedown and/or as contraband.

b) Two sets of batteries for said typewriter.— extra set to be held as deemed appropos ( ? )

c) Two extra ribbon cartridges for typewriter.

Thank you for your consideration

Sincerely  3-13-08

Scott

Reply
Requested

ANTON TCB 865 4896 CSPD
MC GUIRE    LINK CARD 7

C TAPE Sent out ? AT RICS or in TRK?
Need Transcript in Desk Bottom Drawer
Papers in Purto croze in garage Bund or legal Papers
written + Typed.
Glasses ?

Spelly
STUFF Keep
Car Amp Speakers + Kenwood Cass T/CD Changer
Home Stereo in Shed, CD's in Room Bedroom
+ linkerup in gaze all cass. in TRK & boxed Box?

Sell
BIKE Good
~~Buggy~~
Comp
in $100 - ?
5 Girl TIRES Good 75 —

⭐ COURT ORDER
Law Library 3×5 wk minimum
PSYC. Evaluation Elgin sooner ?
glasses
meds.

ADDR Rolym
94 CR 2031

⭐ PUB DEF. court about DT APP DEF. ?
Need PC i Dr-PD killing 6-30-201 2008
Papers in wood foot croze in garage DT Desk
Transcript + Papers in Rufftup Drawer.

MASK VS VOICE — TPT
TPPM VS PPR
TPT - CHEST ?

CHANGE VENUE — SECOND STORY ?

LAW FIRM | High PROFILE MEDIA CASE ?
COST PROJECT
QUASE STATEMENT

12-1230 ALIBI — Known serv Skokie Township. Street comp
ARK Ridge Pls on ocean ave then. Room DL

RIGHT TO CONFRONT ACCUSERS ? as PER BY VIC
line up low bean SWP, TID as Per Dr. etc.

TAKEN IN CUSTODY Tue 17th 10PM held till Fri
How I been suspect ? see who why dam when via id
reaction knowp from law SWP ? who Photo Reg who
Anything you needed who knows serv men special ?
special sources ? Return lawyer Fridays on
cost not harmed ?
When het you then serv collyers — Did he
Point it at you Point it at you ? where did you see it
again cost I and ? have you remember seen it ?
when you found despic serv or when?
Did he threat you verbally? threat to hurt you?
IS it just TESTIMONY the man ejaculated in YOUST
MASK colors ? to serv when they whore that ?
ever me over — hand you to AR Scott ? color eyes
when apprehended hand he more Rest strong as the
smeared you up op cushill serv all Time cost ?
cost was measure like mud Bruises or clawed?
told to hand or walk thru
was it by force or threat and escort
Did the person say things like — you have time
to do anything you did him to
no could not force you to do anything
Did you refuse did no — wished, or Tolderate you
to go. ?

(3)

*when [illegible] RESTRAINED*
[illegible]

2007002 8801

R.9  2F

[illegible handwriting]

[several lines of illegible handwriting]

GLASSES — LAW FIRM High Profile media

VERBALLY

Did He Threat ~~you~~ ~~verbally~~

Did he ~~THREAT TO HURT YOU~~ HURT

WHERE Did you Say Screwdriver? an Push

~~after~~ 1st sure you shelped our CPR? ~~each~~ again?

not held on you whole time right? when.

Did he hold it up to you in a threat manner saying he

He did not bring it in ~~hand~~ except in Park correct?

Did he tell you ~~things~~ like he would not let ~~go of~~

you to Do anything, tie down ~~~~

you did carry your phone away? Once a Restroom?

Did you Say he ejaculated in you? what?

most. as when 1st 2nd time? when Park ?     Park

what Time was that you saw in Park ?

color eyes. when did you come back home?

DARTL — Glasses, white clothes (Long sleeve)

POST CONV. — Transcript VISIT

Right to Confront accuser    Park Ridge?

NEWS PAPER ARTICLES ?

Did you ever Say NO STOP Let you go

~~premature~~ to leave

(If he left you alone how could he do harm)

He not to leave?

Scott Childress
vs
McCurre

no. 07 C 4896

5-19-08,

Judge Kennelly,

ATTACHed is a Proposition for An A.D.A.
Complaint I guess to ELDOC : for some relief,
or assistance in my inability to write due
to my Parkinson disease. I cannot write well
to function daily with inner institutional matters
or correspond with family, attorneys
or most important the courts
in both civil And most of all criminal.
I need help in them at are Proposal
it seems no fever moves down case
or understand

can your sanction or injunction
are of my Proposed 7    relief sought

Thus in no fire I include 2 pages
of other examples of my
writing

Sanction or injunction
for relief sought pg. 5B