**PRISONER CASE**

R

**FILED**
JUN 1 8 2008
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | SCOTT HILDRETH | **Defendant(s):** | SALVADOR GODINEZ, etc., et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Scott Hildreth
#2007-0028801
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
✓ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**08CV3506
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
✓ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ✓ No

**Signature:** A. E. Woodham **Date:** 06/18/2008

Castillo 08C1461
Brown