**FILED**
5-17-08   JUN 18 2008
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of RRO CT,

I can not write well due to illness Parkinsons. I am filing suit for Refusal to help under ADA 42 USC 12101 et seq

I sent a forma pauperis to counsel at CCT they lost it & can not file one now??

I can not get to library

*need help!*

Bruce

I can not get to library to make copies ? ?

I need forma pauperis
FORMA PAUPERIS they lost mine weeks ago!?
If this can not be fixed for Kimmelly
Please advise

★ Also. Status of case # - 08 C 1461
now combined with 07 C 46.96
no fee owed?

08CV3506
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN